FILED
February 03, 2010
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0002394591

4
ESTELA O. PINO, SBN 112975
DAVID A. HAYNES, SBN 264688
**PINO & ASSOCIATES**
800 Howe Ave., Suite 420
Sacramento, CA 95825
Telephone: (916) 641-2288
Facsimile: (916) 641-1888

Special Counsel for Derrick and Paula Lisa Jackson, Debtors and Plaintiffs

## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA
## SACRAMENTO DIVISION

| | |
|---|---|
| In re<br><br>DERRICK JACKSON and PAULA LISA JACKSON,<br><br>Debtors. | Case No. 09-34462-C-7<br><br>Adv. Proc. No. 09-02589-C<br><br>DCN: P&A-1 |
| DERRICK JACKSON and PAULA LISA JACKSON,<br><br>Plaintiffs,<br><br>v.<br><br>SERVICE FINANCE COMPANY, LLC; WAP RECOVERY, INC.; and FIRST INVESTORS SERVICING CORP,<br><br>Defendants. | EX PARTE APPLICATION FOR ORDER EXTENDING TIME TO APPLY FOR DEFAULT JUDGMENT AGAINST SERVICE FINANCE COMPANY, LLC |

Derrick Jackson and Paula Lisa Jackson (hereinafter referred to as the "Debtors"), do hereby allege as follows in support of the within Ex Parte Application for Order Extending Time to Apply for Default Judgment Against Service Finance Company, LLC (hereinafter referred to as "Service Finance"):

1. The Debtors filed a Voluntary Petition for Relief under Chapter 7 of Title 11 of the United States Code on July 13, 2009. Relief was granted. The case was filed in the Eastern District of California, Sacramento Division and assigned case number 09-34462-C-7. The Debtors were not represented by counsel in connection with the filing of their bankruptcy case, and all at times appeared *in pro se*.

2. On July 14, 2009, this Court issued a "Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors, & Deadlines." Pursuant to said document, creditors were advised that the Debtors had filed the Chapter 7 Case and that the Automatic Stay was in effect.

3. On September 4, 2009, sometime in the middle of the night, Service Finance, by and through WAP Recovery, Inc., repossessed the Debtors' Dodge Caliber, which was the property of the Debtors and the property of the estate, from their home, in violation of the Automatic Stay.

4. On September 14, 2009, the Debtors, acting *in pro se*, filed a Complaint against Service Finance in the United States Bankruptcy Court in and for the Eastern District of California. The filing of the Complaint initiated this Adversary Proceeding, which was assigned case number 09-02589-C.

5. On November 13, 2009, a Substitution of Attorney was entered in the Adversary Proceeding wherein Estela O. Pino and the firm of Pino & Associates were substituted in as Special Counsel in place of Debtors in this Adversary Proceeding.

6. On November 22, 2009, the Debtors, by and through their Special Counsel, filed and served an Amended Complaint against, inter alia, Service Finance, for enforcement of the Automatic Stay, enforcement

of the Discharge of the Debtors, and for actual and punitive damages.

7. Service Finance failed to answer or otherwise respond, as required by law, and therefore, on December 30, 2009 the Debtors moved for Entry of Default against Service Finance Company LLC.

8. On January 5, 2010, this Court issued an Entry of Default and Order Re: Default Judgment Procedures, against Service Finance. Pursuant to this Court's Order, an application for default judgment is due within thirty (30) days from the date of the Order, to wit; February 4, 2010.

9. The Debtors have moved forward with discovery in the Adversary Proceeding. On January 15, 2010, the Debtors propounded and served Requests for Production of Documents to Service Finance. Service Finance's responses to the Requests for Production of Documents are due on February 17, 2010. The documents are to be produced by Service Finance on February 19, 2010 at 10:00 A.M.

10. The Debtors will need time to review the responses to the Requests for Production of Documents and to review documents produced by Service Finance in order to prepare an application for default judgment. In addition, the Debtors may need to take one or more depositions.

**ARGUMENT**

Federal Rules of Bankruptcy Procedure Rule 9006(b) provides that "when an act is required or allowed to be done at or within a specified period...the court for cause shown may at any time in its discretion...with or without motion or notice order the period enlarged if the request therefor is made before the expiration of the period originally prescribed..."

Good cause exists for the Court to grant the Debtors' Application for

Order Extending Time to Apply for Default Judgment against Service Finance Company LLC. The Debtors have propounded discovery to Service Finance, which is due after the last day on which an application for Default Judgment must be filed and served. It is necessary for the Debtors to review Service Finance's discovery responses and possibly take depositions in order to properly and fully prepare an application for default judgment.

**WHEREFORE**, it is respectfully requested that this Court issue an order:

A. Granting the Debtors' Ex Parte Application for Order Extending Time to Apply for Default Judgment Against Service Finance Company, LLC, thereby extending the last date on which to apply for default judgment against Service Finance to March 19, 2010.

B. For such other relief as is fair, just, and equitable.

DATED: February 3, 2010              Respectfully submitted,
                                     **PINO & ASSOCIATES**


                                     By: __// Estela O. Pino//_____
                                         Estela O. Pino
                                         Special Counsel for Derrick
                                         Jackson and Paula Lisa Jackson,
                                         Debtors and Plaintiffs