FILED
March 26, 2010
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0002516340

ESTELA O. PINO, SBN 112975
DAVID A. HAYNES, SBN 264688
**PINO & ASSOCIATES**
800 Howe Ave. Suite 420
Sacramento, CA 95825
Telephone:(916) 641-2288
Facsimile: (916) 641-1888

Special Bankruptcy Counsel for Derrick and Paula Lisa Jackson

THE UNITED STATES BANKRUPTCY COURT
IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

| | |
|---|---|
| In re:<br><br>DERRICK JACKSON<br>and<br>PAULA LISA JACKSON<br><br>Debtors.<br><br>DERRICK JACKSON and PAULA LISA JACKSON,<br><br>Plaintiffs,<br><br>v.<br><br>SERVICE FINANCE COMPANY, LLC; WAP RECOVERY INC.; et al<br><br>Defendants. | Case No. 09-34462-C-7<br><br>Adv. Proc. 09-02589<br><br>DCN: P&A - 1<br><br>**MOTION FOR PARTIAL SUMMARY JUDGMENT AGAINST WAP RECOVERY, INC. AND SERVICE FINANCE COMPANY, LLC**<br><br>Date: May 11, 2010<br>Time: 9:30 a.m.<br>Dept: C<br>Courtroom: 35<br>Location: Robert T. Matsui United States Courthouse, 501 I Street, Sixth Floor Sacramento, CA 95814<br><br>Judge: Hon. Christopher C. Klein |

Debtors and Plaintiffs Derrick and Paula Lisa Jackson (hereinafter referred to as the "Plaintiffs") do hereby respectfully move this Court for Partial Summary Judgment determining that, as a matter of law, the Automatic Stay

of 11 U.S.C. section 362 applied to the 2007 Dodge Caliber and to all property owned by the Plaintiffs and/ or their Chapter 7 Estate on September 4, 2009, when the 2007 Dodge Caliber was repossessed by WAP Recovery, Inc.

Partial Summary Judgment is sought pursuant to Rule 56(a) of the Federal Rules of Civil Procedure as incorporated by Rule 7056 of the Federal Rules of Bankruptcy Procedure.

Plaintiffs are entitled to Partial Summary Judgment pursuant to the above-referenced Rules as a matter of law and because there are no genuine issues of material facts in dispute.

Accordingly, Plaintiffs do hereby respectfully request that this Court issue an Order:

1. Granting Partial Summary Judgment against WAP Recovery, Inc. and Service Finance Company, LLC and in favor of Derrick and Paula Lisa Jackson, determining that as a matter of law the Automatic Stay of 11 U.S.C. section 362 (a) applied to:

a) the 2007 Dodge Caliber on September 4, 2009 when it was repossessed by WAP Recovery, Inc. ; **and**

b) all property owned by the Plaintiffs and/ or their Chapter 7 Estate on September 4, 2009.

2. For such further relief as is fair, just and equitable and to which Derrick and Paula Lisa Jackson are entitled, whether or not specifically requested herein.

Dated: March 26, 2010

PINO & ASSOCIATES

By: _____
Estela O. Pino,
Special Counsel
for Derrick and Paula Lisa Jackson