FILED
March 26, 2010
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0002516341

4
ESTELA O. PINO, SBN 112975
DAVID A. HAYNES, SBN 264688
**PINO & ASSOCIATES**
800 Howe Ave. Suite 420
Sacramento, CA 95825
Telephone:(916) 641-2288
Facsimile: (916) 641-1888

Special Bankruptcy Counsel for Derrick and Paula Lisa Jackson

THE UNITED STATES BANKRUPTCY COURT
IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

| | |
|---|---|
| In re:<br><br>DERRICK JACKSON<br>and<br>PAULA LISA JACKSON<br><br>Debtors.<br><br>DERRICK JACKSON and PAULA LISA JACKSON,<br><br>Plaintiffs,<br><br>v.<br><br>SERVICE FINANCE COMPANY, LLC; WAP RECOVERY INC.; et al<br><br>Defendants. | Case No. 09-34462-C-7<br><br>Adv. Proc. 09-02589<br><br>DCN: P&A - 1<br><br>**NOTICE OF HEARING RE: MOTION FOR PARTIAL SUMMARY JUDGMENT AGAINST WAP RECOVERY, INC. AND SERVICE FINANCE COMPANY, LLC**<br><br>Date: May 11, 2010<br>Time: 9:30 a.m.<br>Dept: C<br>Courtroom: 35<br>Location: Robert T. Matsui United States Courthouse, 501 I Street, Sixth Floor Sacramento, CA 95814<br><br>Judge: Hon. Christopher C. Klein |

**TO: WAP RECOVERY, INC.; SERVICE FINANCE COMPANY, LLC; AND THEIR RESPECTIVE ATTORNEYS OF RECORD:**

///

| | |
|---|---|
| 1 | **PLEASE TAKE NOTICE** that Derrick and Paula Lisa Jackson |
| 2 | (hereinafter referred to as "Plaintiffs"), have filed a Motion for Partial Summary |
| 3 | Judgment (hereinafter referred to as the "Motion"). The Motion seeks |
| 4 | summary judgment that, as a matter of law, the Automatic Stay of 11 U.S.C. |
| 5 | section 362 applied to the 2007 Dodge Caliber and to all property owned by |
| 6 | the Plaintiffs and/ or their Chapter 7 Estate on September 4, 2009, when the |
| 7 | 2007 Dodge Caliber was repossessed by WAP Recovery, Inc. Summary |
| 8 | Judgment is sought pursuant to Rule 56(a) of the Federal Rules of Civil |
| 9 | Procedure as incorporated by Rule 7056 of the Federal Rules of Bankruptcy |
| 10 | Procedure. |
| 11 | **PLEASE TAKE FURTHER NOTICE** that the Motion will be based on |
| 12 | this Notice of Hearing, the Motion, the Memorandum of Points and Authorities |
| 13 | in support of the Motion, and the Statement of Undisputed Facts in support |
| 14 | of the Motion, and the Separate List of Exhibits in support of the Motion, all |
| 15 | filed concurrently herewith. |
| 16 | **PLEASE TAKE FURTHER NOTICE** that the hearing on the Motion will |
| 17 | take place on **May 11, 2010 at 9:30 a.m.**, in Department C, Courtroom 35 of |
| 18 | the United States Bankruptcy Court for the Eastern District of California, |
| 19 | Sacramento Division. Courtroom 33 is located on the Sixth Floor of the |
| 20 | Robert T. Matsui United States Courthouse, 501 I Street, Sacramento, |
| 21 | California. |
| 22 | **PLEASE TAKE FURTHER NOTICE** that any opposition to the granting |
| 23 | of the Motion shall be in writing, supported by written evidence, and shall be |
| 24 | served on the following: |
| 25 | /// |
| 26 | /// |

Estela O. Pino
Pino & Associates
800 Howe Avenue, Suite 420
Sacramento, CA 95825

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Rule 56(c) of the Federal Rules of Civil Procedure, any opposition to the granting of the Motion must be served and filed with the Clerk of the United States Bankruptcy Court, 501 I Street, Sacramento, California 95814, within **twenty one (21) days** after the motion is served.

**PLEASE TAKE FURTHER NOTICE** that any party opposing the Motion shall reproduce the itemized facts in the Statement of Undisputed Facts and admit those facts which are undisputed and deny those which are disputed, including with each denial a citation to the particular portions of any pleading, affidavit, deposition, interrogatory answer, admission or other document relied upon in support of that denial. The opposing party may also file a concise "Statement of Disputed Facts," and the source thereof in the record, of all additional material facts as to which there is a genuine issue precluding summary judgment or adjudication. The opposing party shall be responsible for the filing with the Court of all evidentiary documents cited in the opposing papers.

///
///
///
///
///
///
///

**PLEASE TAKE FURTHER NOTICE** that the Court will not hear opposition to the Motion at oral argument if written opposition to the Motion has not been timely filed. Failure to timely file written opposition may be deemed a waiver of any opposition to the granting of the Motion or may result in the imposition of sanctions pursuant to Local Rule 9014-1. Further, the Court may resolve the matter without oral argument unless written opposition and supporting evidence are timely filed with the Clerk of the Court and served on the moving party.

Dated: March 26, 2010

Respectfully submitted,

**PINO & ASSOCIATES**

By: _____
Estela O. Pino, Special
Counsel for Derrick and Paula
Lisa Jackson