FILED

March 26, 2010

CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

0002516342

1  5
   ESTELA O. PINO, SBN 112975
2  DAVID A. HAYNES, SBN 264688
   **PINO & ASSOCIATES**
3  800 Howe Ave. Suite 420
   Sacramento, CA 95825
4  Telephone:(916) 641-2288
   Facsimile: (916) 641-1888
5
6  Special Bankruptcy Counsel for Derrick and Paula Lisa Jackson
7
8              THE UNITED STATES BANKRUPTCY COURT
           IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA
9                      SACRAMENTO DIVISION

10 In re:                          ) Case No. 09-34462-C-7
                                   )
11 DERRICK JACKSON                 ) Adv. Proc. 09-02589
   and                             )
12 PAULA LISA JACKSON              ) DCN: P&A - 1
                                   )
13            Debtors.             ) **STATEMENT OF UNDISPUTED**
                                   ) **FACTS IN SUPPORT OF MOTION**
14 _____        ) **FOR PARTIAL SUMMARY**
                                   ) **JUDGMENT AGAINST WAP**
15 DERRICK JACKSON and PAULA       ) **RECOVERY, INC. AND SERVICE**
   LISA JACKSON,                   ) **FINANCE COMPANY, LLC**
16                                 )
            Plaintiffs,            )
17                                 )
            v.                     ) Date:      May 11, 2010
18                                 ) Time:      9:30 a.m.
   SERVICE FINANCE COMPANY,        ) Dept:      C
19 LLC; WAP RECOVERY INC.; et al   ) Courtroom: 35
                                   ) Location:  Robert T. Matsui United
19            Defendants.          )            States Courthouse,
                                   )            501 I Street, Sixth Floor
20 _____        )            Sacramento, CA 95814
21                                   Judge: Hon. Christopher C. Klein
22
23
24
25
26

| No. | PLAINTIFFS' UNDISPUTED MATERIAL FACTS | EVIDENTIARY SUPPORT |
|---|---|---|
| 1. | Plaintiffs filed a Voluntary Petition for Relief under Chapter 7 of Title 11 of the United States Code on July 13, 2009. Relief was granted. The case was filed in the Eastern District of California, Sacramento Division and assigned case number 09-34462-C-7. | Docket entry number 1 of case number 09-34462-C-7.<br><br>See **Exhibit 1** to the Separate List of Exhibits filed concurrently herewith page 3. |
| 2. | Plaintiffs were not represented by counsel in connection with the filing of the Jackson Bankruptcy Case and at all times appeared *in pro se*. | Entire docket of case number 09-34462-C-7.<br><br>See **Exhibit 1** to the Separate List of Exhibits filed concurrently herewith page 3. |
| 3. | Plaintiffs prepared and filed their Schedules of Assets and Liabilities in a timely manner, pursuant to 11 United States Code 521. | Docket entry number 1 of case number 09-34462-C-7.<br><br>See **Exhibit 1** to the Separate List of Exhibits filed concurrently herewith. |
| 4. | Plaintiffs prepared and filed a Statement of Intention in a timely manner. | Docket entry number 1 of case number 09-34462-C-7.<br><br>See **Exhibit 1** to the Separate List of Exhibits filed concurrently herewith. |
| 5. | Service Finance was listed on Schedule D - Creditors Holding Secured Claims. The Schedule D discloses that Service Finance has the "car loan 2007 Dodge Caliber". | Docket entry number 1 of case number 09-34462-C-7.<br><br>See **Exhibit 1** to the Separate List of Exhibits filed concurrently herewith page 17. |
| 6. | Within the Schedule C filed with the Bankruptcy Court on July 13, 2009, the Plaintiffs claimed the 2007 Dodge Caliber as exempt in the amount of $7745.00 | Docket entry number 1 of case number 09-34462-C-7.<br><br>See **Exhibit 1** to the Separate List of Exhibits filed concurrently herewith page 16. |

| | | |
|---|---|---|
| 7. | Upon the filing of the Chapter 7 Case, the 2007 Dodge Caliber and all property of the Plaintiffs became property of the estate by operation of law pursuant to Section 541(a) of Title 11 of the United States Code. | 11 U.S.C. section 541(a) |
| 8. | Upon the filing of the Chapter 7 Case the Caliber and all property of the Plaintiffs became protected by the Automatic Stay of Section 362(a) of Title 11 of the United States Code. | 11 U.S.C. section 362(a) |
| 9. | No property of the estate in the Jackson Bankruptcy Case has ever been abandoned by the Chapter 7 Trustee. | Entire docket of case number 09-34462-C-7. |
| 10. | Pursuant to Section 362(c)(1) of Title 11 of the United States Code, ". . . the stay of an act against property of the estate under subsection (a) of this section continues until such property is no longer property of the estate." | 11 U.S.C. section 362(c)(1) |
| 11. | On July 14, 2009, this Court issued a "Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors, & Deadlines." Pursuant to said document, which shall hereinafter be referred to as the "Notice," creditors were advised that Plaintiffs had filed the Chapter 7 Case and that the Automatic Stay was in effect. | Docket entry number 9 of case number 09-34462-C-7.<br><br>See **Exhibit 2** to the Separate List of Exhibits filed concurrently herewith pages 67-69, inclusive. |

| | | |
|---|---|---|
| 12. | On August 5, 2009 Plaintiffs filed their Amended Summary of Schedules and Amended Schedules B and C. | Docket entry number 13 of case number 09-34462-C-7.<br><br>See **Exhibit 3** to the Separate List of Exhibits filed concurrently herewith pages 70-75, inclusive. |
| 13. | The First Meeting of Creditors was scheduled for and was actually held and concluded on August 21, 2009. | Docket entry number 9 of case number 09-34462-C-7; and<br><br>Unnumbered docket entry between docket entry numbers 15 and 16 in the docket of case number 09-34462-C-7. |
| 14. | On September 4, 2009, sometime in the middle of the night, WAP Recovery, Inc., repossessed Plaintiffs' Caliber from their home. | In its Answer to the Amended Complaint, paragraph 46, WAP Recovery, Inc. admits that it repossessed the Dodge Caliber on September 4, 2009; and<br><br>docket entry number 31 of Adversary Proceeding number 09-02589. |
| 15. | Service Finance never sought from this Court, nor did it ever obtain, relief from the Automatic Stay which went into effect on July 13, 2009. | Entire Court's docket of case number 09-34462-C-7. |

| 16. | WAP Recovery never sought from this Court, nor did it ever obtain, relief from the Automatic Stay which went into effect on July 13, 2009. | Entire Court's docket of case number 09-34462-C-7; and<br><br>In its Answer to the Amended Complaint, paragraph 54, WAP Recovery, Inc. admits that it did not contact the Court regarding the Automatic Stay prior to repossession of the Caliber; and<br><br>docket entry number 31 of Adversary Proceeding number 09-02589. |
| --- | --- | --- |
| 17. | September 4, 2009 was only fourteen (14) calendar days after the First Meeting of Creditors held under Section 341(a) of Title 11 of the United States Code. | Calendar for the year 2009. A calendar for the year 2009 is attached as **Exhibit 4** to the Separate List of Exhibits filed concurrently herewith. |
| 18. | Prior to the repossession, WAP Recovery did not contact the Plaintiffs to give them an opportunity to remove their personal property from the 2007 Dodge Caliber. | In its Answer to the Amended Complaint, paragraph 49, WAP Recovery, Inc. admits that it did not contact Plaintiffs prior to repossessing the Dodge Caliber on September 4, 2009; and<br><br>docket entry number 31 of Adversary Proceeding number 09-02589. |
| 20. | Service Finance has never filed a Proof of Claim in case number 09-34462-C-7. | Claims Register for case number 09-34462-C-7. |
| 21. | WAP Recovery has never filed a Proof of Claim in case number 09-34462-C-7 | Claims Register for case number 09-34462-C-7. |

Respectfully submitted,

Dated: March 26, 2010

**PINO & ASSOCIATES**

By: _____
Estela O. Pino, Special
Counsel for Derrick and Paula
Lisa Jackson