FILED
December 22, 2010
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
D176

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA
### CIVIL MINUTE ORDER

| | | | |
|---|---|---|---|
| **Adversary Title:** | Jackson et al v. Service Finance et al | **Case No:** | 09-34462 - C - 7 |
| | | **Adv No:** | 09-02589 - C |
| | | **Date:** | 12/14/2010 |
| | | **Time:** | 9:30 |

**Matter:** [71] – Motion/Application For Partial Summary Judgment [PA-1] Filed by Plaintiffs Derrick Jackson, Paula Lisa Jackson (dhes)

**Judge:** Christopher M. Klein
**Courtroom Deputy:** Teresa Jackson
**Reporter:** Diamond Reporters
**Department:** C

**APPEARANCES for:**
**Movant(s):**
  Plaintiff's Attorney – Estela O. Pino
  Plaintiff's Attorney – David Haynes
**Respondent(s):**
  Defendant's Attorney – Kenneth R. Wachtel
  Defendant's Attorney – Nou Lee

## CIVIL MINUTE ORDER

Findings of fact and conclusions of law having been stated orally on the record and good cause appearing.

IT IS ORDERED that the motion is denied, without prejudice.

Dated: December 22, 2010

_____
United States Bankruptcy Judge