4
MARK S. TRATTEN (SBN 119330)
NOU LEE (SBN 262978)
ERICKSEN ARBUTHNOT
100 Howe Avenue, Suite 110 South
Sacramento, CA 95825
(916) 483-5181

Attorneys for Defendant/Cross-Claimant/Cross-Defendant,
WAP RECOVERY, INC.

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

| | |
|---|---|
| In Re<br><br>DERRICK JACKSON and PAULA LISA JACKSON,<br><br>    Debtors.<br>_____<br>DERRICK JACKSON and PAULA LISA JACKSON,<br><br>    Plaintiffs,<br>v.<br><br>SERVICE FINANCE COMPANY, LLC; WAP RECOVERY, INC.; and FIRST INVESTORS SERVICING CORP.,<br><br>    Defendants.<br>_____<br>AND RELATED CROSS-ACTIONS<br>_____ | Case No.: 09-34462-C-7<br>Adv. Proc. No. 09-02589-C<br><br>DC No.: EA-3<br><br>**SEPARATE STATEMENT OF UNDISPUTED FACTS IN SUPPORT OF WAP RECOVERY'S MOTION FOR SUMMARY JUDGMENT OR ADJUDICATION AGAINST SERVICE FIANCE COMPANY AND LENDER RECOVERY SERVICES**<br><br>Date: January 18, 2011<br>Time: 9:30 a.m.<br>Dept: C/Courtroom 35<br>Judge: The Hon. Christopher Klein |

    Cross-claimant WAP Recovery, Inc. hereby submits the following Statement of Undisputed Facts pursuant to Local Rule 7056-1(a) in support of its motion for summary judgment or adjudication against Cross-defendants Service Finance Company, LLC and Lender Recovery Services.

---

SEPARATE STATEMENT OF UNDISPUTED FACTS IN SUPPORT OF WAP RECOVERY'S MOTION FOR SUMMARY
JUDGMENT OR SUMMARY ADJUDICATION AGAINST SERVICE FINANCE COMPANY AND LENDER RECOVERY
SERVICES    Page 1
10-011/Jackson/mstpld.

| No. | UNDISPUTED FACTS AND SUPPORTING EVIDENCE | OPPOSING PARTY'S RESPONSE |
|---|---|---|
| 1. | WAP Recovery is a repossession agency licensed in the State of California. (See Decl. of Phillips, ¶ 2.) | |
| 2. | On or about 8/31/09, WAP Recovery received a work order assignment from Lender Recovery Services to repossess a 2007 Dodge Caliber ("Caliber") owned by Plaintiffs Derrick and Paula Jackson ("Plaintiffs") and securing a lien by Service Finance Company. (See Decl. of Phillips, ¶ 3.) | |
| 3. | The work order from Lender Recovery Services indicated that the Caliber "is not covered under BK", and instructs WAP Recovery, "DO NOT make contact with the debtor". (See Decl. of Phillips, ¶ 3.) | |
| 4. | WAP Recovery received Lender Recovery Services' work order with a copy of an email, sent from attorney Gary L. Fertig on 8/26/09 to Michael Primavera of Service Finance Company, wherein Mr. Fertig concludes that, "under Bankruptcy Code Section 362(h), the automatic stay terminated by operation of law with respect to the [Caliber] and it is no longer property of the estate because the Debtors failed to timely file the required Statement of Intention with respect to the secured vehicle." (See Decl. of Phillips, ¶ 4.) | |

| | | |
|---|---|---|
| 5. | On 9/4/09, at around 2:15 a.m., WAP Recovery repossessed Plaintiffs' Caliber.<br><br>(See Decl. of Phillips, ¶ 6.) | |
| 6. | On 11/24/09, Plaintiffs, by and through their attorney, filed a First Amended Complaint in this adversary proceeding.<br><br>(See 11/23/09 First Amended Complaint in case no. 09-34462-C-7 attached as **Exhibit "A"** to RJN.) | |
| 7. | In their First Claim for Relief, Plaintiffs seek enforcement of the automatic stay as to WAP Recovery.<br><br>(See 11/23/09 First Amended Complaint in case no. 09-34462-C-7 attached as **Exhibit "A"** to RJN.) | |
| 8. | Plaintiffs allege that WAP Recovery's repossession of the Caliber, and taking of other personal property belonging to the bankruptcy estate on 9/4/09, constitutes a willful violation of the automatic stay pursuant to 11 USC § 362(a).<br><br>(See 11/23/09 First Amended Complaint in case no. 09-34462-C-7 attached as **Exhibit "A"** to RJN.) | |
| 9. | In their Third Claim for Relief, Plaintiffs seek actual and punitive damages against WAP Recovery for willful violation of the automatic stay, pursuant to 11 USC § 362(k).<br><br>(See 11/23/09 First Amended Complaint in case no. 09-34462-C-7 attached as **Exhibit "A"** to RJN.) | |
| 10. | Plaintiffs are also making a claim for attorney fees incurred in connection with the prosecution of this adversary proceeding. | |

|  |  |  |
|---|---|---|
|  | (See 11/23/09 First Amended Complaint in case no. 09-34462-C-7 attached as **Exhibit "A"** to RJN.) |  |
| 11. | On 2/19/10, WAP Recovery filed a cross-claim for indemnity against Cross-defendants Service Finance Company and Lender Recovery Services.<br><br>(See 2/19/10 Cross-Complaint for Indemnity in case no. 09-34462-C-7 attached as **Exhibit "B"** to RJN.) |  |
| 12. | In the First Cause of Action against the Cross-defendants, WAP Recovery alleges a claim for indemnity.<br><br>(See 2/19/10 Cross-Complaint for Indemnity in case no. 09-34462-C-7 attached as **Exhibit "B"** to RJN.) |  |
| 13. | In the Second Cause of Action against the Cross-defendants, WAP Recovery alleges a claim for contribution.<br><br>(See 2/19/10 Cross-Complaint for Indemnity in case no. 09-34462-C-7 attached as **Exhibit "B"** to RJN.) |  |

Dated: December 13, 2010

Respectfully submitted,

ERICKSEN ARBUTHNOT

BY: _____
NOU LEE
Attorneys for defendant WAP RECOVERY, INC.