# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA
## CIVIL MINUTE ORDER

| | |
|---|---|
| **Adversary Title :** | Jackson et al v. Service Finance et al |

| | | |
|---|---|---|
| | **Case No :** | 09−34462 − C − 7 |
| | **Adv No :** | 09−02589 − C |
| | **Date :** | 1/18/11 |
| | **Time :** | 9:30 |

**Matter :**   [169] − Motion/Application For Summary Judgment [EA−2] Filed by Defendant WAP Recovery, Inc. (kvas)
[169] − Motion/Application For Summary Adjudication [EA−2] Filed by Defendant WAP Recovery, Inc. (kvas)

**Judge :**   Christopher M. Klein
**Courtroom Deputy :**   Teresa Jackson
**Reporter :**   Diamond Reporters
**Department :**   C

**APPEARANCES for :**
**Movant(s) :**
 Defendant's Attorney − Nou Lee
**Respondent(s) :**
 Plaintiff's Attorney − Estela O. Pino

CIVIL MINUTE ORDER

Findings of fact and conclusions of law having been stated orally on the record and good cause appearing.

IT IS ORDERED that the motion is denied, without prejudice.

Dated: January 18, 2011

United States Bankruptcy Judge